No. 74–6648.   VANCIER *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 74–6649.   CORUM *v.* DELAWARE SUPERIOR COURT. C. A. 3d Cir.   Certiorari denied.

No. 74–6650.   MEDINA *v.* HOGAN, WARDEN, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 74–6652.   GLOVER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 74–6654.   DUBARR *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 74–6655.   CUNHA *v.* BREWER, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 74–6656.   FARMER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 74–6657.   INGLE *v.* POGUE, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 74–6658.   GOFF ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–6659.   HORNIAK *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 74–6660.   VAUGHN *v.* ALABAMA.   Sup. Ct. Ala. Certiorari denied.

No. 74–6667.   JOHNSON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.